IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SHAMAR L. BANKS, :
:
    Petitioner :
:
v. : CIVIL NO. 4:CV-13-1608
:
J. C. HOLLAND, WARDEN, : (Judge Brann)
:
    Respondent :

# ORDER

August 14, 2013

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. In accordance with the Petitioner's Notice of Election (Doc. 8) to discontinue this action, the instant petition is **DEEMED WITHDRAWN**.

2. **DISMISSAL IS WITHOUT PREJUDICE** and Banks may file another § 2254 petition raising all grounds for relief from his conviction within the one (1) year statutory period prescribed by 28 U.S.C. § 2244(d)(1).

3. The Clerk of Court is directed to **CLOSE** this case.

4. There is no basis for the issuance of a Certificate of Appealability.

BY THE COURT:

s/Mattew W. Brann
Matthew W. Brann
United States District Judge